IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | : | CRIMINAL NO. 09-698 |
| v. | : | |
| | : | |
| KELLIE JOHNSON | : | |

## **ORDER**

AND NOW, this 23rd day of April, 2010, upon consideration of Defendant's Motion for Bail Pending Appeal (Dkt. No. 16) and the Government's Reply thereto (Dkt. No. 18), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that Defendant's Motion is DENIED.

BY THE COURT:

/s/ C. Darnell Jones II
C. DARNELL JONES II      J.